Alfred LANCELLOTTI

v.

Alma LANCELLOTTI.

No. 82–300–M.P.

Supreme Court of Rhode Island.

July 9, 1982.

Joseph E. Marran, Jr., Pawtucket, for petitioner.

Abedon, Michaelson, Stanzler, Biender, Skolnik & Lipsey, Howard I. Lipsey, Providence, for respondent.

ORDER

The petition for writ of certiorari and motion for stay are denied.

RHODE ISLAND TOREADORS JUNIOR DRUM & BUGLE CORPS et al.

v.

CITY OF PAWTUCKET, et al.

No. 81–153–M.P.

Supreme Court of Rhode Island.

July 9, 1982.

J. Ryder Kenney, Larry Dub, Providence, for petitioner.

ORDER

The petition for writ of certiorari is denied.

Arthur A. COIA et al.

v.

The OUTLET COMPANY et al.

No. 82–281–M.P.

Supreme Court of Rhode Island.

July 15, 1982.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Julius C. Michaelson & Edward N. Beiser, Providence for plaintiff-respondent.

Coffey, McGovern, Noel, Novogroski & Neal Ltd. Charles J. McGovern & Dennis R. Gannon, Providence, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.